IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CALVIN C. CHIN, ) | |
| ) | CASE NO. 1:12-CV-00508-JMS-KSC |
| Plaintiff, ) | |
| ) | FINDINGS AND |
| v. ) | RECOMMENDATIONS TO |
| ) | REMAND THE ACTION TO THE |
| MICHAEL J. ASTRUE, ) | COMMISSIONER OF SOCIAL |
| Commissioner of ) | SECURITY ADMINISTRATION |
| Social Security, ) | PURSUANT TO SENTENCE SIX OF |
| ) | 42 U.S.C. § 405(g) |
| Defendant. ) | |
| _____ ) | |

FINDINGS AND RECOMMENDATIONS TO REMAND THE ACTION TO
THE COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION

On November 9, 2012, Defendant, the Commissioner of the Social Security Administration, filed a motion to remand pursuant to sentence six of 42 U.S.C. § 405(g). Defendant's motion requests that this action be remanded to the Commissioner because the Commissioner is missing files needed to complete the administrative record. A hearing was held on November 29, 2012. At the hearing, Plaintiff stated he did not object to the remand. Because necessary documents are

missing, good cause exists to remand the claim to the Commissioner for appropriate action.

According, the Court HEREBY FINDS AND RECOMMENDS that the district court:

1. GRANT Defendant's motion and REMAND this action to the Commissioner of the Social Security Administration pursuant to sentence six of 42 U.S.C. § 405(g) in order to complete a certified administrative transcript; and

3. RETAIN jurisdiction and ORDER the Commissioner to FILE a status report every ninety (90) days, commencing from the date of the district court ORDER, regarding the progress of the administrative proceedings.

Dated: Honolulu, Hawaii, January 14, 2013.



_____
Kevin S.C. Chang
United States Magistrate Judge