IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| CALVIN C. CHIN , | ) | CV 12-00508 JMS-KSC |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING |
| | ) | MAGISTRATE JUDGE'S |
| vs. | ) | FINDINGS AND |
| | ) | RECOMMENDATION TO |
| MICHAEL J. ASTRUE, | ) | REMAND THE ACTION TO THE |
| Commissioner of Social Security , | ) | COMMISSIONER OF SOCIAL |
| | ) | SECURITY ADMINISTRATION |
| Defendant. | ) | PURSUANT TO SENTENCE SIX |
| _____ | ) | OF 42 U.S.C. § 405(g) |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO REMAND THE ACTION TO THE COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g)

Findings and Recommendation having been filed and served on all parties on January 14, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendations to Remand the Action to the Commissioner of Social Security Administration Pursuant to Sentence Six of 42 U.S.C.§ 405(g)" are adopted as the opinion and order of this Court. Accordingly, this court:

    (1)    GRANTS Defendant's Motion and REMANDS this action to the Commissioner of the Social Security Administration pursuant to sentence six of 42 U.S.C. § 405(g) in order to

        complete a certified administrative transcript; and

(2)    RETAINS jurisdiction and ORDERS the Commissioner to FILE a status report every ninety (90) days, commencing from the date of this ORDER, regarding the progress of the administrative proceedings.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 8, 2013.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge